# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
William Puryear ;
**County of Residence:** Jasper County

**Defendant(s):**
First Listed Defendant:
Kolt Wayne Barker, individually and f/d/b/a Van Buren Auto Sales ;
**County of Residence:** Laclede County

Additional Defendants(s):
1-66 Auto Auction, LLC ;
Encore Auto Sales, LLC ;
A. & S. Auto, LLC ;
Heights Finance Corporation ;

**County Where Claim For Relief Arose:** Jasper County

**Plaintiff's Attorney(s):**
Gregory W Aleshire (William Puryear)
Aleshire Robb & Rapp
2847 S. Ingram Mill Rd
Springfield, Missouri 65804
**Phone:** 4178693737
**Fax:** 4178695678
**Email:** info@aleshirerobb.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
  **Plaintiff:** N/A
  **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 890 Other Statutory Actions
**Cause of Action:** 49 U.S.C. §32701 (Federal odometer law), 15 U.S.C. §2310 (due to more than $50,000 in controversy), and 28 U.S.C. §1367 (for Plaintiff's Missouri and common law claims).
**Requested in Complaint**
  **Class Action:** Not filed as a Class Action
  **Monetary Demand (in Thousands):** 500

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Gregory W. Aleshire

**Date:** 12/3/2025

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.